IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-539-FDW-DCK

| | |
|---|---|
| LEE CONSTRUCTION COMPANY OF THE CAROLINAS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, et al., <br><br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) concerning Benjamin E. Nicholson V, filed October 27, 2010. Mr. Nicholson seeks to appear as counsel *pro hac vice* for Plaintiff Lee Construction Company of the Carolinas, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Nicholson is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Lee Construction Company of the Carolinas, Inc.

Signed: November 12, 2010

David C. Keesler
United States Magistrate Judge