# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-539-FDW-DCK

| | |
|---|---|
| LEE CONSTRUCTION COMPANY OF THE CAROLINAS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **AMENDED ORDER** |
| ZURICH AMERICAN INSURANCE COMPANY, ZURICH SERVICES CORPORATION, and JAMES A. SCOTT & SON, INC., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendant "James A. Scott & Son, Inc.'s Motion To Extend Time To Respond To Complaint Of Plaintiff" (Document No. 9) filed November 22, 2010. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having fully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant "James A. Scott & Son, Inc.'s Motion To Extend Time To Respond To Complaint Of Plaintiff" (Document No. 9) is **GRANTED**. Defendant, James A. Scott & Son, Inc. shall have up to and including **December 28, 2010** to file its responsive pleading to Plaintiff's Complaint.

Signed: November 23, 2010

David C. Keesler
United States Magistrate Judge