**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-539-FDW-DCK**

| | | |
|---|---|---|
| **LEE CONSTRUCTION COMPANY OF THE CAROLINAS, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **ZURICH AMERICAN INSURANCE COMPANY, ZURICH SERVICES CORPORATION, and JAMES A. SCOTT & SON, INC.,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes.

The parties filed a "Certification And Report Of F.R.C.P. 26(f) Conference And Proposed Discovery Plan" (Document No. 23) on March 15, 2011. Since the filing of that certification and proposed discovery plan, the Court has ruled on two motions to dismiss (Document Nos. 17 and 24), as well as a motion to amend the complaint (Document No. 40). In light of those rulings and the passage of time, the undersigned will respectfully instruct the parties to file an updated Certification of Initial Attorney's Conference pursuant to Local Rule 16.1 and Fed.R.Civ.P. 26. Once the Court has received the parties' updated certification and report, it will be in a better position to issue an appropriate Pretrial Order And Case Management Plan.

**IT IS, THEREFORE, ORDERED** that the parties shall file an updated Certification of Initial Attorney's Conference and proposed discovery plan, on or before **July 1, 2011**.

Signed: June 17, 2011

David C. Keesler
United States Magistrate Judge