**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:10-CV-539-FDW-DCK**

| | | |
|---|---|---|
| **LEE CONSTRUCTION COMPANY OF THE CAROLINAS, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **ZURICH AMERICAN INSURANCE COMPANY, ZURICH SERVICES CORPORATION, and JAMES A. SCOTT & SON, INC.,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

THIS MATTER IS BEFORE THE COURT on "Plaintiff's Consent Motion To Seal" (Document No. 95) filed March 12, 2012.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate.  Having fully considered the motion and the record, and noting consent of the parties and good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Consent Motion To Seal" (Document No. 95) is **GRANTED**.

Signed: March 12, 2012

David C. Keesler
United States Magistrate Judge