# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lee Construction Company of the Carolinas,

       Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                               3:10CV539

Zurich American Insurance Company and
Zurich Services Corporation,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Trial and a jury verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the jury's 5/17/12 verdict.

                                             Signed: May 17, 2012

                                             Frank G. Johns, Clerk
                                             United States District Court