UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00539-W

| | |
|---|---|
| LEE CONSTRUCTION COMPANY OF THE CAROLINAS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ZURICH AMERICAN INSURANCE COMPANY, ZURICH SERVICES CORPORATION, and JAMES A. SCOTT & SON, INC., )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER IS BEFORE THE COURT on Defendants Zurich American Insurance Company and Zurich Services Corporation's "Consent Motion for Stay of Execution Pending Disposition of Post-Trial Motions," (Doc. No. 143), filed May 30, 2012.

Having carefully considered the motion, and noting the consent of Plaintiff's counsel, the undersigned will grant the motion.

IT IS, THEREFORE, ORDERED that Defendants Zurich American Insurance Company and Zurich Services Corporation's "Consent Motion for Stay of Execution Pending Disposition of Post-Trial Motions" (Doc. No. 143) is GRANTED. This Court hereby issues a stay of the execution of the judgment in the captioned matter, and any proceedings to enforce it, pending final rulings of the post-trial motions of the type identified in Rule 62(b) of the Federal Rules of Civil Procedure that may be filed. Zurich Defendants are also not required to post a surety bond or any other security for the judgment while this stay is in effect.

IT IS SO ORDERED.

Signed: May 31, 2012

Frank D. Whitney
United States District Judge