IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-539-FDW-DCK

| | |
|---|---|
| LEE CONSTRUCTION COMPANY OF THE CAROLINAS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ORDER |
| ZURICH AMERICAN INSURANCE COMPANY, ZURICH SERVICES CORPORATION, and JAMES A. SCOTT & SON, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on "Zurich American Insurance Company And Zurich Services Corporation's Consent Motion To Seal" (Document No. 148) filed June 14, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having fully considered the motion and the record, and noting consent of the parties and good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Zurich American Insurance Company And Zurich Services Corporation's Consent Motion To Seal" (Document No. 148) is **GRANTED**.

Signed: June 14, 2012

David C. Keesler
United States Magistrate Judge