**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:10-CV-539-FDW-DCK**

| | | |
|---|---|---|
| **LEE CONSTRUCTION COMPANY OF THE CAROLINAS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ZURICH AMERICAN INSURANCE COMPANY, ZURICH SERVICES CORPORATION, and JAMES A. SCOTT & SON, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

       **THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Seal Plaintiff's Memorandum In Opposition To Zurich Defendants' Motion For Credit Or Set Off For Settlement Paid By Co-Defendant" (Document No. 168) filed June 25, 2012.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate.  Having fully considered the motion and the record, and noting consent of the parties and good cause shown, the undersigned will <u>grant</u> the motion.

       **IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Seal Plaintiff's Memorandum In Opposition To Zurich Defendants' Motion For Credit Or Set Off For Settlement Paid By Co-Defendant" (Document No. 168) is **GRANTED**.

       Signed: June 25, 2012

       David C. Keesler
       United States Magistrate Judge