# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-539-FDW-DCK

| | |
|---|---|
| LEE CONSTRUCTION COMPANY<br>OF THE CAROLINAS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE<br>COMPANY, ZURICH SERVICES<br>CORPORATION, and JAMES A.<br>SCOTT & SON, INC.,<br><br>    Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Seal Plaintiff's Memorandum In Opposition To The Post-Trial Motion Of Zurich Defendants' For Judgment As A Matter Of Law, And Alternatively, A New Trial Or Remittitur" (Document No. 171) filed June 26, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having fully considered the motion and the record, and noting consent of the parties and good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Seal Plaintiff's Memorandum In Opposition To The Post-Trial Motion Of Zurich Defendants' For Judgment As A Matter Of Law, And Alternatively, A New Trial Or Remittitur" (Document No. 171) is **GRANTED**.

Signed: June 26, 2012

_____
David C. Keesler
United States Magistrate Judge